No. 227, Misc. RODRIQUEZ v. UNITED STATES. C. A. 9th Cir. Motion for leave to proceed *in forma pauperis* granted. Certiorari granted and case transferred to appellate docket. *Solicitor General Griswold* for the United States.

No. 237. ANGELERI v. NEW JERSEY. Sup. Ct. N. J. Certiorari denied. *Michael A. Querques* and *Daniel E. Isles* for petitioner. *S. Philip Klein* for respondent.

No. 250. COYNE v. WATSON, SHERIFF. C. A. 6th Cir. Certiorari denied. *Richard J. Morr* for petitioner.

No. 278. LYNN ET AL. v. CARAWAY ET AL. C. A. 5th Cir. Certiorari denied. *W. Scott Wilkinson* for petitioners. *Benjamin C. King* for respondent Caraway, and *Marion K. Smith* for respondent Jones.

No. 471. PERFO-LOG, INC. v. WELL SURVEYS, INC., NOW DRESSER SYSTEMS, INC., ET AL. C. A. 10th Cir. Certiorari denied. *R. Welton Whann* for petitioner. *Rufus S. Day, Jr.,* for respondents.

No. 475. PAUL v. DADE COUNTY, FLORIDA. Sup. Ct. Fla. Certiorari denied. *D. P. S. Paul* and *P. D. Thomson* for petitioner. *William W. Gibbs* for respondent.

No. 476. SHROUT, DBA SHROUT AGENCY v. McDONALD'S SYSTEM, INC., ET AL. Sup. Ct. Ill. Certiorari denied. *Willard Lassers* for petitioner. *Jerome Gilson* for respondents.